In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00389-CR
_____

ANTHONY LEON SUMMERS, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

On Appeal from the 260th District Court
Orange County, Texas
Trial Cause No. D170078-R
_____

MEMORANDUM OPINION

On August 10, 2017, the trial court sentenced Anthony Leon Summers on a

conviction for driving while intoxicated. Summers filed a notice of appeal on

October 17, 2017. The trial court signed a certification in which the court certified

that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R.

App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to

the Court of Appeals. On October 17, 2017, we notified the parties that we would

dismiss the appeal unless the appellant established grounds for continuing the

1

appeal. No response has been filed. Because the trial court's certification shows the defendant does not have the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on November 21, 2017
Opinion Delivered November 22, 2017
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.

2